77271. STAR LAUNDRY, INC. v. CITY OF WARNER ROBINS.
77273. RUSHING v. CITY OF WARNER ROBINS.
(386 SE2d 738)

BANKE, Presiding Judge.

The judgments previously rendered by this court in the above-captioned cases, reported in *Star Laundry v. City of Warner Robins*, 189 Ga. App. 839 (377 SE2d 709) (1989), having been reversed by the Georgia Supreme Court in *City of Warner Robins v. Rushing*, 259 Ga. 348 (381 SE2d 38) (1989), said judgments are hereby vacated; and the corresponding judgments from which the appeals were taken are hereby affirmed.

*Judgments affirmed. Birdsong and Beasley, JJ., concur.*

DECIDED SEPTEMBER 5, 1989.

*Pamela M. Richards*, for Star Laundry & Rushing.
*James E. Elliott, Jr.*, for City of Warner Robins.
*George Kushinka, Fred E. Godwin, Jr.*, for Johnson.